No. 78–490.  HOUSTON DISTRIBUTION SERVICES, INC., ET AL.
v. NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 78–494.  TEXTRON, INC., BELL HELICOPTER TEXTRON,
A DIVISION OF TEXTRON, INC. v. UNITED STATES ET AL.  C. A.
4th Cir.  Certiorari denied.

No. 78–507.  FAIRFAX COUNTY WIDE CITIZENS ASSN. ET AL.
v. COUNTY OF FAIRFAX, VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–533.  LOUISIANA v. DINO.  Sup. Ct. La.  Certiorari
denied.

No. 78–589.  POE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–617.  CULHANE ET AL. v. NEW YORK.  Ct. App.
N. Y.  Certiorari denied.

No. 78–650.  CORBETT v. THOR ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 78–651.  CACHUR v. WESTERN ELECTRIC CO., INC., ET
AL.  C. A. 7th Cir.  Certiorari denied.

No. 78–654.  DELUCA v. ROBERTSON ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 78–656.  MACHIPONGO CLUB, INC. v. NATURE CON-
SERVANCY.  C. A. 4th Cir.  Certiorari denied.

No. 78–661.  PORRO ET AL. v. NEW JERSEY.  Super. Ct.
N. J.  Certiorari denied.